IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:01CR00055 |
| David Daulton ) | |
| ) | |

ORDER TERMINATING PROBATION

The above named was placed on Supervised Release on July 21, 2006 for a period of four years. Based on the recommendation of the U.S. Probation Officer, and for good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 13th day of August, 2007

_____
United States Senior District Judge